AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAVID ELIGIO FLYTHE**
**DOB: X/XX/XX**
**PDID: XXX-XXX**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __January 15, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER DAVID RANDOLPH__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER DAVID RANDOLPPH**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                       City and State

_____         _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

  On January 15, 2008, members of the sixth district vice unit executed a Superior Court search warrant inside of the defendant's apartment located at 4740 Benning Road, SE, Apt. #204. Upon entry of the apartment, defendant David Flythe was stopped in the hallway leading to the back bedrooms. After the premises was secured the officers searched the apartment. Recovered from the apartment were 9 one ounce bottles of PCP; 12 one milliliter bottles of PCP; a loaded sawed off shotgun; a loaded Ruger 9mm pistol; a loaded Romarm AK-47 rifle and a Desert Eagle 9mm pistol; three scales; a ziplock bag containing 11 grams of marijuana; numerous empty one ounce and one milliliter vials; and assorted ammunition, photographs and personal papers in the name of the defendant. All bottles containing a liquid substance had an odor consistent with PCP and all green weed portions were field tested positive for THC. There was approximately 225.15 grams of suspected PCP recovered, which is an amount commonly indicating that the PCP was going to be sold to others rather than used exclusively by the defendant.


                _____
                OFFICER DAVID RANDOLPH
                SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JANUARY, 2008.


                _____
                U.S. MAGISTRATE JUDGE